UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| RODNEY ALLEN POWASSIN, | Civil No. 21-1230 (JRT/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| POLK COUNTY, MN. et al, | |
| Defendants. | |

---

Rodney Allen Powassin, address unknown, *pro se* plaintiff.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated June 29, 2021, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 9, 2021
at Minneapolis, Minnesota.

                      s/John R. Tunheim
                       JOHN R. TUNHEIM
                         Chief Judge
                     United States District Court